```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  LINDA HARTER, Bar # 179741
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5
    Attorney for Defendant
 6  LARRY JAMES JACKSON

 7
                    IN THE UNITED STATES DISTRICT COURT
 8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
 9

10  UNITED STATES OF AMERICA,      )  No. CR-S-05-049 GEB
                                   )
11              Plaintiff,         )
                                   )  STIPULATION AND ORDER
12       v.                        )
                                   )
13  LARRY JAMES JACKSON,           )  Date:  May 13, 2005
                                   )  Time:  9:00 A.M.
14                                 )
                                   )  Judge: Hon. Garland E. Burrell, Jr.
15              Defendant.         )

16  _____
```

17      It is hereby stipulated between the parties, Matt Stegman, Assistant

18 United States Attorney, attorney for Plaintiff, and Linda Harter, attorney

19 for defendant LARRY JAMES JACKSON, as follows:

20      It is agreed that the current Status Conference date of April 22, 2005

21 be vacated, and that a new Status Conference date of May 13, 2005 at 9:00

22 a.m. be set.  It is further agreed that time from the date of this

23 stipulation to and including May 13, 2005, is excluded from computation of

24 time within which the trial of this matter must be commenced pursuant to

25 U.S.C. §3161(h)(8)(A)and (B)(iv) and Local Code T4.

26 ///

27 ///

28

1     Since the last status conference defense counsel has met with the
2 Department of Transportation agent who has custody of all of the files and
3 paperwork taken from the defendant.  Defense counsel has reviewed those
4 documents.  Defense counsel has requested discovery of three additional
5 documents that were not in the custody of that particular agent.  The
6 Assistant U.S. Attorney is arranging for those additional documents to be
7 delivered .  Once they are received defense counsel will need some time to
8 discuss the contents of those documents and how they relate to the case with
9 the defendant.  The defendant lives in Portland, Oregon.

11 Dated: April 19, 2005

12                                               Respectfully submitted,

13                                               QUIN DENVIR
    Federal Defender

16     /S/ Linda Harter
    LINDA HARTER
    Assistant Federal Defender
17     Attorney for Defendant
    LARRY JAMES JACKSON

19     MCGREGOR W. SCOTT
    United States Attorney

21 Dated:_____          By: /s/ Matt Stegman
    MATT STEGMAN
22     Assistant U.S. Attorney

Stipulation and order\Jackson, Larry James (Cr-S-05-049)

2

**ORDER**

Based on the stipulation of the parties, the Court finds that failure to grant a continuance would deny counsel for the defendant reasonable time necessary for effective preparation taking into account due diligence.  The Court finds that the ends of justice are best served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial.  Time is therefore excluded pursuant to 18 U.S.C. § 3161 (h)(8)(A)and (B)(iv) and Local Code T4 from February 25, 2005 up to the date of the Status Conference of May 13, 2005 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated:  April 25, 2005

<u>/s/ Garland E. Burrell, Jr.</u>
GARLAND E. BURRELL, JR.
United States District Judge