```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  LINDA HARTER, Bar # 179741
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5
    Attorney for Defendant
 6  LARRY JAMES JACKSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-05-049 GEB |
|---|---|
| Plaintiff, | ) |
|  | ) STIPULATION AND ORDER |
| v. | ) |
|  | ) |
| LARRY JAMES JACKSON, | ) Date: May 27, 2005 |
|  | ) Time: 9:00 A.M. |
|  | ) |
|  | ) Judge: Hon. Garland E. Burrell |
| Defendant. | ) |

It is hereby stipulated between the parties, Matt Stegman, Assistant United States Attorney, attorney for Plaintiff, and Linda Harter, attorney for defendant LARRY JAMES JACKSON, as follows:

It is agreed that the current Status Conference date of May 13, 2005 be vacated, and that a new Status Conference date of May 27, 2005 at 9:00 a.m. be set.  It is further agreed that time from the date of this stipulation to and including May 27, 2005, is excluded from computation of time within which the trial of this matter must be commenced pursuant to U.S.C. §3161(h)(8)(A)and (B)(iv) and Local Code T4.

///

///

1  Since the last status conference defense counsel has met with the
2 Department of Transportation agent who has custody of all of the files and
3 paperwork taken from the defendant.  Defense counsel has reviewed those
4 documents.  Defense counsel has requested discovery of three additional
5 documents that were not in the custody of that particular agent.  The
6 Assistant U.S. Attorney is arranging for those additional documents to be
7 delivered .  Once they are received defense counsel will need some time to
8 discuss the contents of those documents and how they relate to the case with
9 the defendant.  The defendant lives in Portland, Oregon.

11 Dated: May 24, 2005

12 Respectfully submitted,

13 QUIN DENVIR
   Federal Defender

16 _/S/ Linda Harter_____
   LINDA HARTER
   Assistant Federal Defender
17 Attorney for Defendant
   LARRY JAMES JACKSON

19 MCGREGOR W. SCOTT
   United States Attorney

21 Dated:_____     By: _/s/ Matt Stegman_____
                                  MATT STEGMAN
22                                Assistant U.S. Attorney

Stipulation and order\Jackson, Larry James (Cr-S-05-049)

**ORDER**

Based on the stipulation of the parties, the Court finds that failure to grant a continuance would deny counsel for the defendant reasonable time necessary for effective preparation taking into account due diligence.  The Court finds that the ends of justice are best served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial.  Time is therefore excluded pursuant to 18 U.S.C. § 3161 (h)(8)(A)and (B)(iv) and Local Code T4 from May 13, 2005 up to the date of the Status Conference of May 27, 2005 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated:  May 26, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge