1  QUIN DENVIR, Bar #49374
   Federal Defender
2  LINDA HARTER, Bar # 179741
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

   Attorney for Defendant
6  LARRY JAMES JACKSON

7
                     IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,      )  No. CR-S-05-049 GEB
                                  )
11                  Plaintiff,    )
                                  )  STIPULATION AND ORDER
12      v.                        )
                                  )
13 LARRY JAMES JACKSON,           )  Date:   July 15, 2005
                                  )  Time:   9:00 A.M.
14                                )
                                  )  Judge:  Hon. Garland E. Burrell
15                  Defendant.    )

16 _____

17      It is hereby stipulated between the parties, Matt Stegman, Assistant

18 United States Attorney, attorney for Plaintiff, and Linda Harter, attorney

19 for defendant LARRY JAMES JACKSON, as follows:

20      It is agreed that the current Status Conference date of June 17, 2005

21 be vacated, and that a new Status Conference date of July 15, 2005 at 9:00

22 a.m. be set.  It is further agreed that time from the date of this

23 stipulation to and including July 15, 2005, is excluded from computation of

24 time within which the trial of this matter must be commenced pursuant to

25 U.S.C. §3161(h)(8)(A)and (B)(iv) and Local Code T4.

26 ///

27 ///

28

1    Since the last status conference defense counsel has met with the

2  Department of Transportation agent who has custody of all of the files and

3  paperwork taken from the defendant.  Defense counsel has reviewed those

4  documents.  Defense counsel has requested discovery of three additional

5  documents that were not in the custody of that particular agent.  The

6  Assistant U.S. Attorney is arranging for those additional documents to be

7  delivered .  Once they are received defense counsel will need some time to

8  discuss the contents of those documents and how they relate to the case with

9  the defendant.  The defendant lives in Portland, Oregon.

10

11  Dated: June 16, 2005

12                                        Respectfully submitted,

13                                        QUIN DENVIR
                                          Federal Defender

14

15
                                          _/S/ Linda Harter_____
16                                        LINDA HARTER
                                          Assistant Federal Defender
17                                        Attorney for Defendant
                                          LARRY JAMES JACKSON

18

19                                        MCGREGOR W. SCOTT
                                          United States Attorney

20

21  Dated:_____        By: _/s/ Matt Stegman_____
                                          MATT STEGMAN
22                                        Assistant U.S. Attorney

23

    Stipulation and order\Jackson, Larry James (Cr-S-05-049)
24

25

26

27

28

                                        2

**ORDER**


    Based on the stipulation of the parties, the Court finds that
failure to grant a continuance would deny counsel for the defendant
reasonable time necessary for effective preparation taking into account
due diligence.  The Court finds that the ends of justice are best
served by granting this continuance and that those interests outweigh
the interests of the public and the defendant in a speedy trial.  Time
is therefore excluded pursuant to 18 U.S.C. § 3161 (h)(8)(A)and (B)(iv)
and Local Code T4 from May 13, 2005 up to the date of the Status
Conference of July 15, 2005 at 9:00 a.m.


    **IT IS SO ORDERED.**

Dated:   June 16, 2005


                            /s/ Garland E. Burrell, Jr.
                            GARLAND E. BURRELL, JR.
                            United States District Judge

3