```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  LINDA HARTER, Bar # 179741
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5
    Attorney for Defendant
 6  LARRY JAMES JACKSON

 7
                     IN THE UNITED STATES DISTRICT COURT
 8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,       )  No. CR-S-05-049 GEB
                                    )
11              Plaintiff,          )
                                    )  STIPULATION AND ORDER
12       v.                         )
                                    )
13  LARRY JAMES JACKSON,            )  Date: September 30, 2005
                                    )  Time: 9:00 A.M.
14                                  )
                                    )  Judge: Hon. Garland E. Burrell
15              Defendant.          )
16  _____
```

17       It is hereby stipulated between the parties, Matt Stegman, Assistant
18  United States Attorney, attorney for Plaintiff, and Linda Harter, attorney
19  for defendant LARRY JAMES JACKSON, as follows:
20       It is agreed that the current Trial Confirming Hearing date of
21  September 30, 2005 and the Jury Trial Date of October 8, 2005 be vacated,
22  and that Change of Plea Hearing date of September 30, 2005 at 9:00 a.m. be
23  set.  It is further agreed that time from the date of this stipulation to
24  and including September 30, 2005, is excluded from computation of time
25  within which the trial of this matter must be commenced pursuant to U.S.C.
26  §3161(h)(8)(A)and (B)(iv) and Local Code T4.
27  ///
28  ///

1   There is now a plea agreement in this case so defense counsel is ready
2   to proceed with the a change of plea.
3
4   Dated: September 20, 2005
5                                          Respectfully submitted,
6                                          QUIN DENVIR
                                           Federal Defender
7
8
                                           _/S/ Linda Harter_____
9                                          LINDA HARTER
                                           Assistant Federal Defender
10                                         Attorney for Defendant
                                           LARRY JAMES JACKSON
11
12                                         MCGREGOR W. SCOTT
                                           United States Attorney
13
14  Dated:  September 20, 2005     By: _/s/ Matt Stegman_____
                                       MATT STEGMAN
15                                     Assistant U.S. Attorney
16
    Stipulation and order\Jackson, Larry James (Cr-S-05-049)
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Based on the stipulation of the parties, the Court finds that failure to grant a continuance would deny counsel for the defendant reasonable time necessary for effective preparation taking into account due diligence.  The Court finds that the ends of justice are best served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial.  Time is therefore excluded pursuant to 18 U.S.C. § 3161 (h)(8)(A)and (B)(iv) and Local Code T4 from September 20, 2005 up to the date of the Change of Plea Hearing of September 30, 2005 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated:  September 21, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge