1 | McGREGOR W. SCOTT
United States Attorney
2 | MATTHEW STEGMAN
Assistant U.S. Attorneys
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone (916) 554-2793

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                 FOR THE EASTERN DISTRICT OF CALIFORNIA

9

UNITED STATES OF AMERICA      )
10                            ) CR. NO. S-05-049 GEB
              Plaintiff,      )
11                            ) STIPULATION AND ORDER TO
      v.                      ) CONTINUE HEARING AND BRIEFING
12                            ) SCHEDULE
LARRY JAMES JACKSON,          )
13                            )
              Defendant.      )
14 _____)

15

16      The Parties hereby stipulate to the following:

17      1.   This matter is presently set for hearing on defendant's

18 motion to withdraw plea on May 12, 2006, at 9:00 a.m.

19      2.   The undersigned attorney for the Government is scheduled to

20 be out of town during that time at a conference wherein the

21 undersigned is scheduled to speak.

22      3.   Further, although the defendant has not specifically

23 challenged the Rule 11 colloquy at the change of plea proceedings,

24 the government has ordered a transcript of those proceedings in

25 order to set forth in the Government's opposition papers the

26 defendant's testimony to rebut claims that he was coerced into

27 entering a plea.

28 ///

1

1    4.  In addition, the defendant is currently in state custody in

2  Oregon.  A warrant has been issued by the Magistrate Court here.  It

3  is expected that additional time will be needed to have the

4  defendant released from state custody, transferred to federal

5  custody, and transported to Sacramento.

6    5.  If approved by the Court, the parties have agreed to modify

7  the briefing schedule as follows:  Government's response due April

8  28, 2006; defendant's reply, if any, due May 5, 2006; hearing on the

9  on motion May 19, 2006.

10    6.  If the above briefing schedule is approved by the Court, it

11  is requested that the hearing presently set for May 12, 2006, be

12  vacated.

13  Dated: April 21, 2006          /s/ Matthew Stegman
                                   MATTHEW STEGMAN
14                                 Assistant U.S. Attorney

15
    Dated: April 21, 2006          /s/ Linda Harter
16                                 (as approved on 4/21/2006)
                                   LINDA HARTER
17                                 Attorney for Defendant
                                   Larry James Jackson

18

19                               ORDER

20    GOOD CAUSE APPEARING, it is hereby ordered that the motion

21  hearing set for May 12, 2006, be vacated and that the case be set

22  for hearing on May 19, 2006, at 9:00 a.m.  The following briefing

23  schedule is ordered:  government opposition due April 28, 2006; and

24  defendant's reply, if any, due May 5, 2006.

25  Dated:  April 25, 2006

26
                                   /s/ Garland E. Burrell, Jr.
27                                 GARLAND E. BURRELL, JR.
                                   United States District Judge

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28