# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
    v. ) CR.S-05-049 GEB
)
LARRY JAMES JACKSON )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
        (**X**) Ad Prosequendum         ( ) Ad Testificandum.

Name of Detainee:     Larry James Jackson

Detained at (custodian):     Columbia County Jail, St Helens, OR

Detainee is:   a.)   (**X**) charged in this district by:
            ( ) Indictment     (**X**) Information     ( ) Complaint
            Charging Detainee With:   18 U.S.C.§ 1341
  or   b.)   ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)   ( ) return to the custody of detaining facility upon termination of proceedings
  or   b.)   (**X**) be retained in federal custody until final disposition of federal charges, as a sentence
           is currently being served at the detaining facility

*Appearance is necessary on* **June 16, 2006 at 9:00 a.m. before Judge Garland E. Burrell** *in the Eastern District of California.*

Signature:   /s/ Matthew C. Stegman
Printed Name & Phone No: Matthew C. Stegman (916) 554-2793
Attorney of Record for:     United States of America

## WRIT OF HABEAS CORPUS
        (**X**) Ad Prosequendum         ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, Larry James Jackson, on June 16, 2006 at 9:00 a.m. before Judge Garland E. Burrell and any further proceedings to be had in this cause, and after the final disposition of federal charges to return said detainee to the above-named custodian.

Dated: June 2, 2006

```
/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge
```

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | Larry Thomas Jackson | Male X | Female |
| Booking or CDC #: | 2006-001003 | DOB: | 1948 |
| Facility Address: | 901 Port Avenue | Race: | Black |
| | St Helens, OR 97051 | FBI #: | 574472X3 |
| Facility Phone: | (503) 366-4611 | | |
| Currently Incarcerated For: | Parole Violation | | |

**RETURN OF SERVICE**

Executed on _____ by _____

        (Signature)