1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,          )
                                       )     2:05-cr-0049-GEB
11                   Plaintiff,        )
                                       )     ORDER
12       v.                            )
                                       )
13  LARRY JAMES JACKSON,               )
                                       )
14                   Defendant.        )
    _____)

15

16          The writ of habeas corpus filed June 2, 2006, as document

17  number forty-one (41) is withdrawn.

18          IT IS SO ORDERED.

19  Dated:  June 27, 2006

20
                              /s/ Garland E. Burrell, Jr.
21                            GARLAND E. BURRELL, JR.
                              United States District Judge
22

23

24

25

26

27

28

                                    1