

# United States District Court

AUG 24 2006

## Eastern District of California

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| **LARRY JAMES JACKSON** | Case Number: **2:05CR00049-01** |
| | Linda Harter, Assistant Federal Defender |
| | Defendant's Attorney |

## THE DEFENDANT:

[✓] pleaded guilty to count(s): 1 of the Information.
[ ] pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC 1341, and 2 | Mail Fraud, Aiding and Abetting | 8/1/03 | 1 |

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on counts(s) ___ and is discharged as to such count(s).

[✓] Count(s) 2 of the Information (is)(are) dismissed on the motion of the United States.

[ ] Indictment is to be dismissed by District Court on motion of the United States.

[ ] Appeal rights given.      [✓] Appeal rights waived.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

8/4/06
Date of Imposition of Judgment

_Signature_
Signature of Judicial Officer

GARLAND E. BURRELL, JR., United States District Judge
Name & Title of Judicial Officer

8-24-06
Date

CASE NUMBER: 2:05CR00049-01   Judgment - Page 2 of 6
DEFENDANT: LARRY JAMES JACKSON

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 70 Months.

[✔] The court makes the following recommendations to the Bureau of Prisons:
The Institution at Sheridan, Oregon if consistent wit the defendant's security classification and space availability.

[✔] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.
[ ] at ___ on ___.
[ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before _ on ___.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.
If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on_____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal

CASE NUMBER: 2:05CR00049-01   Judgment - Page 3 of 6
DEFENDANT: LARRY JAMES JACKSON

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of 36 months.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed four (4) drug tests per month.

[ ]  The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

[✓]  The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable.)

[✓]  The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

[ ]  The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

[ ]  The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow instructions of the probation officer;
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere, and shall permit confiscation of any contraband observed in plain view by the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

# SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall submit to the search of his person, property, home, and vehicle by a United States Probation Officer, or any other authorized person under the immediate and personal supervision of the probation officer, based upon reasonable suspicion, without a search warrant. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

2. The defendant shall not dispose of or otherwise dissipate any of his assets until the fine and/or restitution order by this judgment is paid in full, unless the defendant obtains approval of the court.

3. The defendant shall provide the probation officer with access to any requested financial information.

4. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer.

5. The defendant shall submit to the collection of DNA as directed by the probation officer.

| | |  |
|---|---|---|
| CASE NUMBER: | 2:05CR00049-01 | Judgment - Page 5 of 6 |
| DEFENDANT: | LARRY JAMES JACKSON | |

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on Sheet 6.

|         | Assessment | Fine | Restitution |
|---------|------------|------|-------------|
| Totals: | $ 100      | $    | $ 235,147.50 |

[ ] The determination of restitution is deferred until __ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

[✔] The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| See attached list | | | |
| TOTALS: | $ 235,147.50 | $ 235,147.50 | |

[ ] Restitution amount ordered pursuant to plea agreement $ __

[ ] The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

[x] The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   [x] The interest requirement is waived for the   [ ] fine   [x] restitution

   [ ] The interest requirement for the   [ ] fine  [ ] restitution is modified as follows:

** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

REVIEW OF SEARCH WARRANT RECORDS, PACIFIC NORTHWEST   049H1749001   1
FINANCIAL INC

| # | | | | |
|---|---|---|---|---|
| 1 | Celtic International, Inc | 11260 Southwest Hwy, Palos Hills, IL 60465 | Richard Hyland 708 974-1404 | $10495 11/17/2003 paid in full<br><br>Total $10,495 |
| 2 | NewGate, Inc | 215 Reading Ave Williamsport, PA 17701 | Ronald J. Emery 570 323-7173 | $495 10/28/2003 Admin fees only Letter of Credit returned to NewGate by mail as per Gary Lofdahl.<br><br>Total $495 |
| 3 | A-1 Transport, Inc | P.O.BOX 720426 Redding, CA | Denise Brochman 530 244-1160 | $1200 10/14/2003<br><br>Total $1,200 |
| 4 | Absolute Flatbed, Inc. | 5135 N. Pinebark Conroe, TX 77303 | Julie Izard, Pres 217 688-2731 217 896-2377 | $1200 10/15/2003<br><br>Total $1,200 |
| 5 | Advanced Delivery Lines, Inc (ADL) | 10352 Bellehurst Ave Westminster, CA 12522 Brookhurst Street, Suite B Garden Grove, CA 92840 | Hank Nguyn 714 488-6444 | $10495 9/1/2003<br><br><br><br><br><br>Total $10,495 |
| 6 | Alliance Transportation Logistics, LLC | 2237 West Firehorn Way Anthem, AZ | Robert DeSpain 626 551 4800 | $495 9/30/2003 no check in folder<br><br>Total $495 |
| 7 | Au Enterprises, Inc | Beacon Hill Road, Route 79 Morganville, NJ 07751 | Kenneth Klawunn 732 591 1100 | $3250 10/29/2003 $25 10/29/2003<br><br>Total $3,275 |
| 8 | Budget Auto Transport, Inc | 810 West 53 TR. Hialeah, FL 33012 | Felix M. Del Cuadro 786 868 5896 | $1200 9/24/2003<br><br>Total $ 1,200 |
| 9 | Cross-Over Transport., Inc | 20533 Biscayne Blvd. # 513 Aventura, FL 33180 | James Randolph 305 688 2959 | $1850 8/18/2003 $1000 9/18/2003 $1000 11/23/2003 $1000 12/22/2003<br><br>Total $4,850 |

REVIEW OF SEARCH WARRANT RECORDS, PACIFIC NORTHWEST   049H1749001   3
FINANCIAL, INC

| # | Company | Address | Contact | Payments |
|---|---|---|---|---|
| 17 | Earl E. Foss Trucking, Inc | 2607 9th Ave, NW Great Falls, MT 59404 | Earl E. Foss 406 727 4844 | $595 8/25/03 Also contains a letter of credit from a bank for $10000 " The First National Bank of Fairfield." Total $825 |
| 18 | Freighway Logistics | 4021 Woodcreek Oaks Blvd. #156-211 Roseville, CA 95747 | Rusty Morris Co-owner 916 412 7250 | $7700 10/21/03 $2795 10/22/2003 Total $10,495 |
| 19 | Gateway Freightways, Inc | 4331 Meadowgreen Trails Drive ST. Louis, MO 63129 | Kenneth J. Nuspl 314 743 4561 | $0 No money paid. Contract sent by PNF |
| 20 | Gatorland Logistics, LLC | 127A Lincoln Lane Thidodaux, LA 70301 | Bryan E. Berman 504 915 1423 | $1200 10/22/2003 Refunded the whole amount $1200 12/10/2003. Confirmed May 2005, all money refunded. |
| 21 | Glynn Distribution Services, LLC Dpa Liberty Express | 3830 Percy King Waterford MI 48329 | Gregory Glynn 248 364 3066 | $1200 10/22/2003 Total $1,200 |
| 22 | Global Logistics LLC | 135 West Cedar Street Pulaski, WI 54162 | Michael McClellan 920 822 6325 920 822 3781 | $1000 12/7/2003 $1000 11/3/2003 $1000 10/3/2003 $1000 9/1/2003 $1850 8/12/2003 Total $5,850 |
| 23 | Good2go Auto Transport | 1144 South Broadmoor Ave West Covina, CA 91790 | Loretta Tayofo 626 851 3888 | $3250 10/29/2003 Total $3,250 |

REVIEW OF SEARCH WARRANT RECORDS, PACIFIC NORTHWEST   049H1749001   4
FINANCIAL INC

| | | | | |
|---|---|---|---|---|
| 24 | Greatway LLC | 411 East 53rd Street New York, NY 10022 | Michael S. Thomas 586 484-7372 c 586 412-4900 o | $10495 9/24/2003 Total $10,495 |
| 25 | Independent Transfer Services Inc | 929 Spure Street Newton, KS 67114 | Ron Sybesma 316 283 6679 | $10495 11/18/2003 Total $10,495 |
| 26 | Innovative Leasing & Logistics Inc | 10600 BHP Way, Belton, SC 29627 | C. Cummings Gary 864 238 2714 | $10495 8/11/2003 Total $10,495 |
| 27 | K.A.T Transportation | P.O.BOX 248 Poplar Bluff, MO 63901 | Terri. L. Swain, Pres 3002 SADDLEBROOK TRL POPLAR BLUFF, MO 63901 | $1200 11/20/2003 May have refunded $1,200 on 12/04/2003. Not able to verify, no current listing of the company or person. Total $1,200 |
| 28 | Lake Area Brokerage, Inc | 44033 Hawes Beach Road Ottertail, MN 56571 | Jackline Loots, Pres 218 367 3424 | $1200 1/16/2004 Total $1,200 |
| 29 | F.B.T.S. | 4502 NE 55th Street Oklahoma City, OK 73121 | John Landess 405 427 7542 | $495 7/22/2003 Total $495 |
| 30 | Leasing of Halifax, Inc, | 1027 South 10th Street, Harrisburg, PA 17104 | Sheron Shuffer Kow | $2000 12/19/2003 $1850 8/15/2003 Total $3,850 |
| 31 | Lynnco Supply Chain Solutions, Inc | 2448 East 81 Suite 2600 Tulsa, OK 74137 | DonCox and Robert Moore, Treasurer 918 644 5540 | $10495 9/25/2003 Total $10,495 |
| 32 | Magic Carpet Transport | 1391 Hackett Mill Road, Ringgold GA 30736 | Jeffrey Turner | $500 12/4/2003 $1000 10/28/2003 $600 9/12/2004 $600 9/12/2004 Total $2,700 |

REVIEW OF SEARCH WARRANT RECORDS, PACIFIC NORTHWEST   049H1749001   5
FINANCIAL, INC

| | | | | |
|---|---|---|---|---|
| 33 | Merit Environmental | 14511 Falling Creek, Suite 402 Houston, TX 77014 | Chibuzo E. Onwuchekwa 713 206 6633 | $3250 11/05/2003<br><br>Total $ 3,250 |
| 34 | Move my Auto | 404 North Mount Shasta Blvd. #128 Mt. Shasta, CA 96067 | Michelle M. Volk 530 247 0202 | $495 9/19/2003 Letter of credit returned to Gary Lofdahl.<br><br>Total $495 |
| 35 | Mr. Transport | 88 Thomas – Arnold Rd Zebulon, NC 27597 | Michael P. White 919 269 6692 | $10495 9/26/2003<br><br>Total $10,495 |
| 36 | Myers Transportation Services | 5111 Barham Avenue, Corning, CA 96021 | Myers 530 824 2127 | $5202.51 1/7/2003 $5600 8/21/2003<br><br>Total $10,702.51 |
| 37 | Montana Freight Services LTD | 2375 Paseo De Las Americas, Suite 1322 San Diego, CA 92154 | Huitzi Fabela 619 661 5302 | $1850 10/22/2003 $1500 12/11/2003<br><br>Total $3,350 |
| 38 | Mrs. Transport Inc | 1937 Lotus Drive Erie, MI 48133 | Lisa Davis 310 763 7710 | $1000 1/17/2004 $1850 9/15/2003<br><br>Total $2,850 |
| 39 | Northern Lights Logistics, Inc | 3010 50th Ave Wilson, Winc 54027 | Audrey Thomas 715 772- 3109 | $1200 09/22/03<br><br>Total $1,200 |
| 40 | Overseas Shipping Inc | 7021 Grand National Drive Suite 110 Orlando, FL 32819 | Sam Abdul, Pres 407 363 5244 | $495 9/19/2003 $10000 Letter of credit<br><br>Total $495 |
| 41 | Paradigm Logistics, LLC | 19550 Dominguez Hills Drive, Rancho Dominguez, CA 90220 | Joe Eckly 310 764 1488 | $1850 9/16/2003<br><br>Check was canceled before it cleared. |

REVIEW OF SEARCH WARRANT RECORDS, PACIFIC NORTHWEST   049H1749001   6
FINANCIAL INC

| | | | | |
|---|---|---|---|---|
| 42 | Payload Logistics, Inc | 1120 Holden Ave, Newport, AR 72112 | Eddie Tims 870 523 4233 | $7500 12/5/2003 $3250 9/18/2003 Total $10,750 |
| 43 | FBTS Thomas Petty | 1719 Vaden Lane Ardmore, OK 73401 | Thomas Petty 888 276 5370 | $495 7/22/2003 Total $495 |
| 44 | Pinnacle Logistics, Inc dba Pinnacle Logistics | 5500 West 41st, Forest View, ILL 60638 | John Patete 708 458 9820 | $1200 10/24/2003 Total $1,200 |
| 45 | R & D Logistics Services, LLC | 1650 Dixon Road, Caro, MI 48723 | Dale Abke 989 672 4910 | $1200 10/24/2003 Total $1,200 |
| 46 | Cedar Creek Transport | 139 Abbott Road, Bellflower, MO 63333 | ERIC Ridenhour, Pres. 471 244-0761 573 929 3304 | $500 11/17/2003 $1200 10/23/2003 Total $1,700 |
| 47 | Rode Transportation LLC | 728 Bridgeview Road, Langhorne, PA | Robin Spool 609 381 6326 | $1200 10/15/2003 Total $1,200 |
| 48 | Mick Rose Trucking | 476 Pardee Ave, Susanville, CA 96130 | Michael and Deborah Rose 877 257 8614 | $10495 9/16/2003 Total $10,495 |
| 49 | Silva Auto Transport | 730 Washington Street, Watsonville, CA 95076 | Eric Silva 831 724 9507 | $500 1/5/2004 $500 12/5/2003 $500 10/5/2003 $200 10/15/2003 $1000 10/15/2003 Total $2,700 |
| 50 | Slattery Logistics Inc | 183 Maggie Kate Ct. Wentzville, MO 63385 | Gerald Guska 636 322-3191 | $1850 10/27/2003 Total $1,800 |
| 51 | Benjamin Stapanski | 2724 Pebble Way, Nampa, ID 83686 | Benjamin Stapanski 208 463-1688 | No payments |

REVIEW OF SEARCH WARRANT RECORDS, PACIFIC NORTHWEST   049H1749001   7
FINANCIAL INC

| | | | | |
|---|---|---|---|---|
| 52 | Transportation Consultants | 95 E. Grand Ave., Corona, CA 92879 | Stephanie Bemmer | $500 1/26/2004<br>$500 12/19/2003<br>$1200 10/2/2003<br><br>**Total $2,200** |
| 53 | Two-Way Express | 18 Lombardy Street, Brooklyn, NY 11222 | Aldo R Rea<br>877 388 0733 | $500 1/10/2004<br>$1500 12/23/2003<br>$1200 10/8/2003<br><br>**Total $3,200** |
| 54 | U Direct Transportation | 18203 Davidson Road, Fraser, MI 48026 | Michael Eiden<br>586 415 9400 | $3000 12/4/2003<br>$3250 9/29/2003<br><br>**Total $6,250** |
| 55 | William P. Walker Truck Lines & Logistics | P.O. Box 331176 Houston, TX 77233 | William Walker<br>713 733-9710 | $1000 1/24/2004<br>$1000 12/18/2003<br>$1000 11/23/2003<br>$1000 10/31/2003<br>$1000 9/20/2003<br>$1850 8/5/2003<br><br>**Total $6,850** |
| 56 | Wells Brothers, Inc | 1060 Zinn's Quarry Road, York, PA 17404 | J. Wells<br>717 845 6567 | $495 9/29/2003<br><br>**Total $495** |
| 57 | XCIT FREIGHT, Inc | 7314 Dorothy Ave, Parma, OH 44129 | Christopher Harder, Pres<br>440 886 1533 | $1000 2/18/2004<br>$1000 2/4/2004<br>$1000 12/8/2003<br>$1000 11/03/2003<br>$1000 10/06/2003<br>$925 9/9/2003<br>$925 8/13/2003<br><br>**Total $6,850** |
| | | | | **Grand Total Loss**<br>**$ 235,147.50** |

# SCHEDULE OF PAYMENTS

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A    [ ]   Lump sum payment of $ __ due immediately, balance due

       [ ]   not later than __ , or
       [ ]   in accordance with    [ ] C,   [ ] D,   [ ] E, or     [ ] F below; or

B    [✓]   Payment to begin immediately (may be combined with    [ ] C,   [ ] D, or [ ] F below); or

C    [ ]   Payment in equal __ (e.g., weekly, monthly, quarterly) installments of $ __ over a period of __ (e.g., months or years), to commence __ (e.g., 30 or 60 days) after the date of this judgment; or

D    [ ]   Payment in equal __ (e.g., weekly, monthly, quarterly) installments of $ __ over a period of __ (e.g., months or years), to commence __ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E    [ ]   Payment during the term of supervised release will commence within __ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F    [ ]   Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[ ]   Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate:

[ ]   The defendant shall pay the cost of prosecution.

[ ]   The defendant shall pay the following court cost(s):

[ ]   The defendant shall forfeit the defendant's interest in the following property to the United States: